**ALSTON & BIRD LLP**
William Hao
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: william.hao@alston.com

-and-

**ALSTON & BIRD LLP**
William Sugden (*pro hac vice* pending)
Jacob Johnson (*pro hac vice* pending)
Christopher Coleman (*pro hac vice* pending)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: will.sugden@alston.com
         jacob.johnson@alston.com
         chris.coleman@alston.com

*Attorneys for Baion Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             )
In re:                                                       )    Chapter 11
                                                             )
AUTOMOTORES GILDEMEISTER, SpA, *et al.*,[1] )    Case No. 21-10685 (LGB)
                                                             )
                                                             )    Joint Administration Requested
                        Debtors.                             )
-------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

---

[1] The Debtors, together with each of the Debtor's Chilean, Brazilian, and/or Uruguayan tax identification number, as applicable, are: Automotores Gildemeister SpA (79.649.140-K), AG Créditos SpA (76.547.689-5), Marc Leasing, S.A. (96.658.270-7), Fonedar S.A. (216288040014), Camur S.A. (216589740015), Lodinem S.A. (217115010014), Carmeister S.A. (96.630.690-7), Maquinaria Nacional S.A. (Chile) (96.812.980-5), RTC S.A. (89.414.100-K), Fortaleza S.A. (76.856.380-2), Maquinarias Gildemeister S.A. (78.862.000-8), Comercial Gildemeister S.A. (76.856.310-1), and Bramont Montadora Industrial e Comercial de Vehiculos S.A. (04.926.142/0002-16). The location of the corporate headquarters and the service address for Automotores Gildemeister SpA is: 11000 Avenida Las Condes Vitacura, Santiago, Chile.

LEGAL02/40571835v1

I, William S. Sugden, request admission, *pro hac vice*, before the Honorable Lisa G. Beckerman, to represent Baion Group, LLC in the above-referenced case.

I certify that I am a member in good-standing of the bar in the State of Georgia, and the bar of the U.S. District Court for the Northern and Middle Districts of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 13, 2021
       Atlanta, Georgia

                              Respectfully submitted,

                              /s/ William S. Sugden
                              William S. Sugden
                              **ALSTON & BIRD LLP**
                              One Atlantic Center
                              1201 W. Peachtree St.
                              Atlanta, Georgia 30309-3424
                              (P) 404-881-7000
                              (F) 404-253-8235
                              Email: will.sugden@alston.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: )
In re: ) Chapter 11
: )
AUTOMOTORES GILDEMEISTER, SpA, *et al.*,[1] ) Case No. 21-10685 (LGB)
: )
: ) Joint Administration Requested
Debtors. )
------------------------------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of William S. Sugden, to be admitted, *pro hac vice*, to represent Baion Group, LLC (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia, and the bar of the U.S. District Court for the Northern and Middle Districts of Georgia., it is hereby:

ORDERED, that William S. Sugden is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April ___, 2021
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, together with each of the Debtor's Chilean, Brazilian, and/or Uruguayan tax identification number, as applicable, are: Automotores Gildemeister SpA (79.649.140-K), AG Créditos SpA (76.547.689-5), Marc Leasing, S.A. (96.658.270-7), Fonedar S.A. (216288040014), Camur S.A. (216589740015), Lodinem S.A. (217115010014), Carmeister S.A. (96.630.690-7), Maquinaria Nacional S.A. (Chile) (96.812.980-5), RTC S.A. (89.414.100-K), Fortaleza S.A. (76.856.380-2), Maquinarias Gildemeister S.A. (78.862.000-8), Comercial Gildemeister S.A. (76.856.310-1), and Bramont Montadora Industrial e Comercial de Vehiculos S.A. (04.926.142/0002-16). The location of the corporate headquarters and the service address for Automotores Gildemeister SpA is: 11000 Avenida Las Condes Vitacura, Santiago, Chile.